UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MELANIE RENEE COMEAUX ET AL | CIVIL ACTION NO. 2:26-CV-00665 |
| VERSUS | JUDGE EDWARDS |
| RIDER AEROSPACE MODIFICATION CONSULTING L L C ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 24), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand (ECF No. 19) filed by Plaintiffs Melanie Renee Comeaux and Scott Comeaux is **GRANTED**, and the case is **REMANDED** to the 14th Judicial District Court in Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** this 10th day of August, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
**UNITED STATES DISTRICT JUDGE**